UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRUCE BIRCH,

    Plaintiff,

v.

JAMES DZURENDA et al.,

    Defendants.

3:17-cv-00528-MMD-VPC

ORDER

## I. DISCUSSION

The Court grants Plaintiff's motion for an extension of time to file his amended complaint. (ECF No. 13). Plaintiff shall file his amended complaint on or before Friday, February 23, 2018. If Plaintiff chooses not to file an amended complaint, the Court will dismiss this case with prejudice for failure to state a claim. (*See* ECF No. 10 at 9).

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 13) is granted. Plaintiff shall file an amended complaint on or before Friday, February 23, 2018.

IT IS FURTHER ORDERED that, if Plaintiff chooses not to file an amended complaint curing the stated deficiencies of the complaint, this action will be dismissed with prejudice for failure to state a claim.

DATED: This 10th day of January, 2018.

United States Magistrate Judge